FILED

UNITED STATES COURT OF APPEALS

APR 26 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA WILDERNESS LEAGUE; et al., <br><br> Petitioners, <br><br> SHELL OFFSHORE INC., <br><br> Intervenor, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | No. 12-71506 <br><br><br> ORDER |

The parties are ordered to submit supplemental briefs addressing the effect of *Resisting Environmental Destruction on Indigenous Lands, REDOIL v. United States Environmental Protection Agency*, No. 12-70518, ___ F.3d. ___, 2013 WL 1729835 (9th Cir. Apr. 23, 2013), on the issues presented in the above-captioned case.

These supplemental briefs may be in the form of letters to the clerk of court, shall be no longer than ten pages or 2800 words, and shall be submitted no later than 14 days after entry of this order. Parties who are registered for ECF must file

the supplemental brief electronically without submission of paper copies. Parties who are not registered ECF filers must file the original supplemental brief plus 15 paper copies.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk